UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | Case No. 08mj0745 |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| DAVID LLAMAS-GONZALES, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

    Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

    United States Attorney's Office
    880 Front Street
    San Diego, CA  92101

Dated:  March 12, 2008                          /s/  Erick  L.  Guzman
                                                              ERICK L. GUZMAN
                                                               Federal Defenders
                                                              225 Broadway, Suite 900
                                                              San Diego, CA 92101-5030
                                                              (619) 234-8467  (tel)
                                                              (619) 687-2666  (fax)
                                                              E-mail: erick_guzman@fd.org